```
                     UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              04-cr-190-PB

**Harry Durgin**


**O R D E R**


    The defendant, through counsel, has moved to continue the August 15, 2005 change of plea hearing and the August 16, 2005 trial date because he is currently hospitalized for injuries suffered in an accident.  The defendant anticipates he will remain hospitalized for some time.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to reschedule the plea hearing or properly prepare for trial, the court will continue the trial from August 16, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting

a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

_____
Paul Barbadoro
United States District Judge

August 12, 2005

cc:  Paul Garrity, Esq.
     Mark Howard, AUSA
     Sandra Bloomenthal, Esq.
     United States Probation
     United States Marshal